Ramiro Morales (CSBN 167947)
Morales & Gary
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, California 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856
E-mail: morales@moralesgary.com

Attorney for Plaintiffs

Semha Alwaya (CSBN 141999)
Trelawney James-Riechert (CSBN 160853)
A. Mark Hom (CSBN 154777)
Law Offices of Semha Alwaya
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: (510) 595-7900
Facsimile: (510) 595-9049
E-mail: salwaya@alwayalaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a AETNA CASUALTY & SURETY COMPANY OF ILLINOIS, ETC., ET AL., <br><br>Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation,<br><br>Defendant. | No. C 07-03459 BZ <br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING (FRCP 6(b); CIVIL L.R. 6-1(a))** <br><br>**COMPLAINT FILED:** JULY 2, 2007 |

Plaintiffs Travelers Property Casualty Company of America, etc., et al. and Defendant Federated Mutual Insurance Company (collectively, "the PARTIES") hereby stipulate, by and through their respective counsel of record, as follows:

-1-
**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING**

1. In the interests of justice, and to allow Defendant Federated Mutual Insurance Company sufficient time to analyze and meaningfully respond to Plaintiffs' Complaint herein, the PARTIES hereby stipulate that pursuant to Civil L.R. 6□1(a) and Federal Rule of Civil Procedure 6(b), Defendant Federated Mutual Insurance Company is hereby given a 14-day extension to answer or otherwise respond to Plaintiffs' Complaint, such that any answer or response by Federated Mutual Insurance Company will be due no later than Thursday, August 23, 2007.

2. The PARTIES further stipulate that this document may be executed in counterparts and that a signature provided electronically or via facsimile will be considered an original for all purposes related to this document.

DATED: August 09, 2007

MORALES & GARY

By: _____
Ramiro Morales
Attorney for Plaintiffs

DATED: August 9, 2007

LAW OFFICES OF SEMHA ALWAYA

By: _____
Semha Alwaya

Attorney for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

-2-
STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING