LAW OFFICES OF SEMHA ALWAYA
SEMHA ALWAYA SBN 141999
TRELAWNEY JAMES RIECHERT SBN 160853
2200 POWELL STREET, SUITE 110
EMERYVILLE, CA 94608
TEL: 510.595.7900
FAX: 510.595.9049

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY & CASUALTY
CO. OF AMERICA ET AL.,

    Plaintiff(s),

v.

FEDERATED MUTUAL INS. CO.

    Defendant(s).

NO. C07-3459 BZ

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/23/07

Signature: *Semha Alwaya*

Counsel for Federated Mutual Ins. Co.
(Plaintiff, Defendant or indicate "pro se")