UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, ET AL.

         Plaintiff(s),

v.

FEDERATED MUTUAL INSURANCE
COMPANY

         Defendant(s).

CASE NO. C-07-3459

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* The parties have agreed to private mediation and are discussing potential candidates. The parties anticipate selection of a mediator and confirmation of their availability by the October 22, 2007, Initial Case Management Conference.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline January 31, 2007

Dated: 9/28/2007    _/s/ Daniel R. Olsen 8/28/07_    Daniel R. Olsen, SBN #236578
    Attorney for Plaintiff

Dated: 9/28/2007    _/s/ T.J. Riechert_
    Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  (Private ADR)

Deadline for ADR session
  ~~90 days from the date of this order~~.
  other : January 31, 2008

IT IS SO ORDERED.

Dated: October 2, 2007                    _____
                                          UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*