RAMIRO MORALES, SBN 167947
DANIEL R. OLSEN, SBN 236578
MORALES, FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, California 94523
Telephone: 925-288-1776
Facsimile: 925-288-1856
rmorales@mfrlegal.com
dolsen@mfrlegal.com

Attorneys for Plaintiffs,
TRAVELERS PROPERTY CAS. CO., ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO.: C-07-3459<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the provisions of Title 28 U.S.C. 636(c), the Plaintiffs, Travelers Property & Casualty Company of America, et al., hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and the Order for entry of a final judgment.

1  Appeal from the judgment shall be taken directly to the United States Court of
2  Appeals for the Ninth Circuit.
3
4  Dated this 15th day of October, 2007.
5
6
7                                                MORALES, FIERRO & REEVES
8
9                                                By: _____
10                                               Ramiro Morales, SBN 167947
                                                 Daniel R. Olsen, SBN 236578
11                                               *Attorneys for Plaintiffs, Travelers Property
                                                 Casualty Company, et al.*
12
13  S:\DOCS\TR2610\NOT070928.DRO.wpd

---

-1-

PLAINTIFF TRAVELERS PROPERTY CASUALTY                          Case No.: C-07-3459
COMPANY'S RULE 26(a)(1) INITIAL DISCLOSURES

*Travelers Property Casualty Company, et al. v. Federated Mutual Insurance Company*
U.S. District Court, Northern District of California
Case No. C-07-3459

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed by the Law Offices of Morales, Fierro & Reeves located at 2300 Contra Costa Blvd., Suite 310, Pleasant Hill, CA 94523. I am over the age of eighteen years and not a party to the within action.

On October 15, 2007, I served the document(s) described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the interested party(ies) in this action as follows:

| | |
|---|---|
| Semha Alwaya<br>Law Offices of Semha Alwaya<br>220 Powell Street, Suite 110<br>Emeryville, CA 94608<br>salwaya@alwayalaw.com<br>Tel:   (510) 595-7900<br>Fax:   (510) 595-9049<br>**Attorneys for Defendant Federated Mutual Insurance Company** | A. Mark Hom<br>Law Offices fo Semha Alwaya<br>2200 Powell Street, Suite 110<br>Emeryville, CA 94608<br>amarkhom@comcast.net<br>Tel:   (510) 595-7900<br>Fax:   (510) 595-9049<br>**Attorneys for Defendant Federated Mutual Insurance Company** |

Trelawney K. James-Riechert
Law Offices fo Semha Alwaya
2200 Powell Street, Suite 110
Emeryville, CA 94608
Tel:   (510) 595-7900
Fax:   (510) 595-9049
**Attorneys for Defendant Federated Mutual Insurance Company**

Service was effectuated in the following manner:

■   VIA ELECTRONIC FILING: I caused such document(s) to be electronically filed and served for the above-entitled case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 15, 2007, at Pleasant Hill, California.

*/s/ Casie Katusich*
Casie Katusich