1  RAMIRO MORALES, SBN 167947
   DANIEL R. OLSEN, SBN 236578
2  MORALES, FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
3  Pleasant Hill, California 94523
   Telephone: 925-288-1776
4  Facsimile: 925-288-1856
   rmorales@mfrlegal.com
5  dolsen@mfrlegal.com

6  Attorneys for Plaintiffs,
   TRAVELERS PROPERTY CAS. CO., ET AL.
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10
   TRAVELERS PROPERTY                )   CASE NO.: C-07-3459
11 CASUALTY COMPANY, ET AL.           )
                                      )   CERTIFICATION OF INTERESTED
12        Plaintiffs,                 )   ENTITIES OR PERSONS
   vs.                                )
13                                    )
   FEDERATED MUTUAL                   )
14 INSURANCE COMPANY, a               )
   Minnesota corporation,             )
15                                    )
          Defendant.                  )
16 _____    )

17

18 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19     In accordance with the provisions of Civil LR 3-16, the undersigned certifies

20 that as of this date, other than the named parties, there is no such interest to report.

21 Dated this 15th day of October, 2007.

22                          Submitted by:

23                          *MORALES, FIERRO & REEVES*

24
                            By: _____
25                          Ramiro Morales, SBN 167947
                            Daniel R. Olsen, SBN 236578
26                          *Attorneys of Record for Plaintiffs, Travelers*
                            *Property Casualty Company, et al.*
27

28
   S:\DOCS\TR2610\NOT071004.DRO.wpd

*Travelers Property Casualty Company, et al. v. Federated Mutual Insurance Company*
U.S. District Court, Northern District of California
Case No. C-07-3459

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed by the Law Offices of Morales, Fierro & Reeves located at 2300 Contra Costa Blvd., Suite 310, Pleasant Hill, CA 94523. I am over the age of eighteen years and not a party to the within action.

On October 15, 2007, I served the document(s) described as:

**CERTIFICATE OF INTERESTED ENTITIES OF PERSONS**

on the interested party(ies) in this action as follows:

| | |
|---|---|
| Semha Alwaya<br>Law Offices of Semha Alwaya<br>220 Powell Street, Suite 110<br>Emeryville, CA 94608<br>salwaya@alwayalaw.com<br>Tel:   (510) 595-7900<br>Fax:  (510) 595-9049<br>**Attorneys for Defendant Federated Mutual Insurance Company** | A. Mark Hom<br>Law Offices fo Semha Alwaya<br>2200 Powell Street, Suite 110<br>Emeryville, CA 94608<br>amarkhom@comcast.net<br>Tel:   (510) 595-7900<br>Fax:  (510) 595-9049<br>**Attorneys for Defendant Federated Mutual Insurance Company** |

Trelawney K. James-Riechert
Law Offices fo Semha Alwaya
2200 Powell Street, Suite 110
Emeryville, CA 94608
Tel:   (510) 595-7900
Fax:  (510) 595-9049
**Attorneys for Defendant Federated Mutual Insurance Company**

Service was effectuated in the following manner:

■    VIA ELECTRONIC FILING: I caused such document(s) to be electronically filed and served for the above-entitled case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 15, 2007, at Pleasant Hill, California.

_____
Casie Katusich