Semha Alwaya (CSBN 141999)
Trelawney James-Riechert (CSBN 160853)
A. Mark Hom (CSBN 154777)
Law Offices of Semha Alwaya
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: (510) 595-7900
Facsimile: (510) 595-9049
E-mail: salwaya@alwayalaw.com

Attorney for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation,<br><br>Defendant. | No. C 07-03459<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the provisions of Civil LR 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 16, 2007

LAW OFFICES OF SEMHA ALWAYA

By: /s/ Semha Alwaya
Semha Alwaya
Attorney for Defendant FEDERATED MUTUAL INSURANCE COMPANY