**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **10/22/2007**

**C07-3459 BZ**

**Travelers Property Casualty Company of America, et al. v. Federated Mutual Ins. Company**

Attorneys:   Daniel R. Olsen         Semha Alwaya

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**         Reporter: **4:02-4:15**

**PROCEEDINGS:**                                **RULING:**

1. Case Management Conference                    Matter Held
2. 

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Parties stipulate to private mediation.  Session to occur prior to the Dispositive Motion Hearing. Dispositive Motion hearing set for 8/13/2008 at 10:00 a.m.  Jury trial set for January 12, 2009 at 8:30 a.m. Pretrial Conference set for December 23, 2008.  Meagher & Geer Law Firm will substitute into the case.

( XX ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court  XX

(     ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
      ( ) By Court      ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -                      Trial Date-
                                           Type of Trial:

Notes:_____