SEMHA ALWAYA SBN 141999
TRELAWNEY JAMES-RIECHERT SBN 160853
A. MARK HOM SBN 154777
LAW OFFICES OF SEMHA ALWAYA
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: 510-595-7900
Facsimile: 510-595-9049
salwaya@alwayalaw.com

Attorneys for Defendant,
FEDERATED MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO.: C-07-3459 BZ<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON** |

**WHEREAS** Law Offices Of Semha Alwaya is counsel of record for Defendant Federated Mutual Insurance Company ("Federated") in the above-captioned action; and

**WHEREAS** Federated has requested that Meagher & Geer P.L.L.P. ("Meagher & Geer") be substituted in as counsel of record and has consented to the withdrawal of Law Offices of Semha Alwaya as counsel; and

**WHEREAS** Law Offices of Semha Alwaya consents to its withdrawal as counsel of record; and

**WHEREAS** it is not expected that this substitution of counsel will cause any delay or prejudice;

---

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER THEREON

1

Case No.: C-07-3459

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Good cause exists for the substitution of Meagher & Geer as counsel of record to Federated in the above-captioned action;

2. Meagher & Geer is hereby substituted in as counsel of record for Federated in place of Law Offices of Semha Alwaya;

3. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

> Laura J. Hanson, Esq.
> Jenny L. Sautter, Esq.
> Meagher & Geer P.L.L.P.
> 33 South Sixth Street, 44th Floor
> Minneapolis, Minnesota 55402
> Telephone: (612) 338-0661
> Facsimile: (612) 338-8384
> Email: lhanson@meagher.com
> jsautter@meagher.com

**SUBSTITUTION CONSENTED TO BY:**

Dated: Nov 14, 2007       By: /s/ Semha Alwaya
Semha Alwaya (SBN 141999)
LAW OFFICES OF SEMHA ALWAYA
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: 510-595-7900
Facsimile: 510-595-9049
Email: salwaya@alwayalaw.com

**SUBSTITUTION ACCEPTED BY:**

Dated: _____, 2007     By: _____
Laura J. Hanson
Jenny L. Sautter (SBN 192317)
MEAGHER & GEER P.L.L.P.
33 South Sixth Street, 44th Floor
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
Email: lhanson@meagher.com
jsautter@meagher.com

Dated: Nov. 12, 2007      By: /s/ Caron Paixao
Caron Paixao
For Federated Mutual Insurance Company

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Good cause exists for the substitution of Meagher & Geer as counsel of record to Federated in the above-captioned action;

2. Meagher & Geer is hereby substituted in as counsel of record for Federated in place of Law Offices of Semha Alwaya;

3. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

>   Laura J. Hanson, Esq.
>   Jenny L. Sautter, Esq.
>   Meagher & Geer P.L.L.P.
>   33 South Sixth Street, 44th Floor
>   Minneapolis, Minnesota 55402
>   Telephone:  (612) 338-0661
>   Facsimile:  (612) 338-8384
>   Email:  lhanson@meagher.com
>           jsautter@meagher.com

**SUBSTITUTION CONSENTED TO BY:**

Dated: _____, 2007    By: _____

>   Semha Alwaya (SBN 141999)
>   LAW OFFICES OF SEMHA ALWAYA
>   2200 Powell Street, Suite 110
>   Emeryville, California 94608
>   Telephone:  510-595-7900
>   Facsimile:  510-595-9049
>   Email:  salwaya@alwayalaw.com

**SUBSTITUTION ACCEPTED BY:**

Dated: 11-14, 2007    By: _____

>   Laura J. Hanson
>   Jenny L. Sautter (SBN 192317)
>   MEAGHER & GEER P.L.L.P.
>   33 South Sixth Street, 44th Floor
>   Minneapolis, Minnesota 55402
>   Telephone:  (612) 338-0661
>   Facsimile:  (612) 338-8384
>   Email:  lhanson@meagher.com
>           jsautter@meagher.com

Dated: _____, 2007    By: _____

>   Caron Paixao
>   For Federated Mutual Insurance Company

2

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER THEREON

Case No.: C-07-3459

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. Good cause exists for the substitution of Meagher & Geer as counsel of record to Federated in the above-captioned action;

2. Meagher & Geer is hereby substituted in as counsel of record for Federated in place of Law Offices of Semha Alwaya;

3. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

```
Laura J. Hanson, Esq.
Jenny L. Sautter, Esq.
Meagher & Geer P.L.L.P.
33 South Sixth Street, 44th Floor
Minneapolis, Minnesota 55402
Telephone:  (612) 338-0661
Facsimile:  (612) 338-8384
Email:      lhanson@meagher.com
            jsautter@meagher.com
```

Dated: _____, 2007        By _____
                                    The Hon. Bernard Zimmerman
                                    Magistrate Judge, Northern District
                                    of California

\1504384