SEMHA ALWAYA SBN 141999
TRELAWNEY JAMES-RIECHERT SBN 160853
A. MARK HOM SBN 154777
LAW OFFICES OF SEMHA ALWAYA
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: 510-595-7900
Facsimile: 510-595-9049
salwaya@alwayalaw.com

Attorneys for Defendant,
FEDERATED MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　Defendant. | CASE NO.: C-07-3459 BZ<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON** |

**WHEREAS** Law Offices Of Semha Alwaya is counsel of record for Defendant Federated Mutual Insurance Company ("Federated") in the above-captioned action; and

**WHEREAS** Federated has requested that Meagher & Geer P.L.L.P. ("Meagher & Geer") be substituted in as counsel of record and has consented to the withdrawal of Law Offices of Semha Alwaya as counsel; and

**WHEREAS** Law Offices of Semha Alwaya consents to its withdrawal as counsel of record; and

**WHEREAS** it is not expected that this substitution of counsel will cause any delay or prejudice;

---

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER THEREON

1

Case No.: C-07-3459

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. Good cause exists for the substitution of Meagher & Geer as counsel of record to Federated in the above-captioned action;

2. Meagher & Geer is hereby substituted in as counsel of record for Federated in place of Law Offices of Semha Alwaya;

3. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

> Laura J. Hanson, Esq.
> Jenny L. Sautter, Esq.
> Meagher & Geer P.L.L.P.
> 33 South Sixth Street, 44th Floor
> Minneapolis, Minnesota 55402
> Telephone:  (612) 338-0661
> Facsimile:  (612) 338-8384
> Email:      lhanson@meagher.com
>             jsautter@meagher.com

**SUBSTITUTION CONSENTED TO BY:**

Dated: Nov 14, 2007     By: _/s/ Semha Alwaya_
                            Semha Alwaya (SBN 141999)
                            LAW OFFICES OF SEMHA ALWAYA
                            2200 Powell Street, Suite 110
                            Emeryville, California 94608
                            Telephone:  510-595-7900
                            Facsimile:  510-595-9049
                            Email:      salwaya@alwayalaw.com

**SUBSTITUTION ACCEPTED BY:**

Dated: _____, 2007     By: _____
                                Laura J. Hanson
                                Jenny L. Sautter (SBN 192317)
                                MEAGHER & GEER P.L.L.P.
                                33 South Sixth Street, 44th Floor
                                Minneapolis, Minnesota 55402
                                Telephone:  (612) 338-0661
                                Facsimile:  (612) 338-8384
                                Email:      lhanson@meagher.com
                                            jsautter@meagher.com

Dated: Nov. 12, 2007     By: _/s/ Caron Paixao_
                             Caron Paixao
                             For Federated Mutual Insurance Company

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. Good cause exists for the substitution of Meagher & Geer as counsel of record to Federated in the above-captioned action;

2. Meagher & Geer is hereby substituted in as counsel of record for Federated in place of Law Offices of Semha Alwaya;

3. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

> Laura J. Hanson, Esq.
> Jenny L. Sautter, Esq.
> Meagher & Geer P.L.L.P.
> 33 South Sixth Street, 44th Floor
> Minneapolis, Minnesota 55402
> Telephone:  (612) 338-0661
> Facsimile:   (612) 338-8384
> Email:       lhanson@meagher.com
>              jsautter@meagher.com

**SUBSTITUTION CONSENTED TO BY:**

Dated: _____, 2007    By: _____

> Semha Alwaya (SBN 141999)
> LAW OFFICES OF SEMHA ALWAYA
> 2200 Powell Street, Suite 110
> Emeryville, California 94608
> Telephone:  510-595-7900
> Facsimile:   510-595-9049
> Email:       salwaya@alwayalaw.com

**SUBSTITUTION ACCEPTED BY:**

Dated: 11-14, 2007    By: /s/ Laura J. Hanson

> Laura J. Hanson
> Jenny L. Sautter (SBN 192317)
> MEAGHER & GEER P.L.L.P.
> 33 South Sixth Street, 44th Floor
> Minneapolis, Minnesota 55402
> Telephone:  (612) 338-0661
> Facsimile:   (612) 338-8384
> Email:       lhanson@meagher.com
>              jsautter@meagher.com

Dated: _____, 2007    By: _____

> Caron Paixao
> For Federated Mutual Insurance Company

2

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER THEREON                                Case No.: C-07-3459

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. Good cause exists for the substitution of Meagher & Geer as counsel of record to Federated in the above-captioned action;

2. Meagher & Geer is hereby substituted in as counsel of record for Federated in place of Law Offices of Semha Alwaya;

3. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

>   Laura J. Hanson, Esq.
>   Jenny L. Sautter, Esq.
>   Meagher & Geer P.L.L.P.
>   33 South Sixth Street, 44th Floor
>   Minneapolis, Minnesota 55402
>   Telephone:  (612) 338-0661
>   Facsimile:  (612) 338-8384
>   Email:       lhanson@meagher.com
>                    jsautter@meagher.com

Dated: __November 16 2007     By _____
The Hon. Bernard Zimmerman
Magistrate Judge, Northern District
of California

\1504384



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA