1  Laura J. Hanson
   Jeffrey M. Thompson (SBN 141395)
2  Jenny L. Sautter (SBN 192317)
   MEAGHER & GEER P.L.L.P.
3  33 South Sixth Street, 44th Floor
   Minneapolis, Minnesota 55402
4  Telephone:   (612) 338-0661
   Facsimile:   (612) 338-8384
5  lhanson@meagher.com
6  jsautter@meagher.com

7  Attorneys for Defendant,
   FEDERATED MUTUAL INSURANCE COMPANY
8

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11

12  TRAVELERS PROPERTY CASUALTY       )   CASE NO.: C-07-3459 BZ
13  COMPANY, ET AL.                    )
                                       )
14                    Plaintiffs,      )
                                       )   STIPULATION OF ASSOCIATION OF
15  vs.                                )   COUNSEL AND
                                       )   [PROPOSED] ORDER THEREON
16  FEDERATED MUTUAL INSURANCE         )
    COMPANY, a Minnesota corporation,  )
17                                     )
                      Defendant.       )
18  )

19       **WHEREAS** Meagher & Geer P.L.L.P. ("Meagher & Geer") is counsel of record for
20  Defendant Federated Mutual Insurance Company ("Federated") in the above-captioned action;
21  and
22       **WHEREAS** Federated has requested that Law Offices of Semha Alwaya associate in
23  this case as counsel of record; and
24       **WHEREAS** Law Offices of Semha Alwaya and Meagher & Geer consents to the
25  association of Law Offices of Semha Alwaya; and
26       **WHEREAS** it is not expected that this substitution of counsel will cause any delay or
27  prejudice;
28
                                        1

1  **IT IS HEREBY STIPULATED AS FOLLOWS:**

2  1.  Good cause exists for the association of Law Offices Of Semha Alwaya as
counsel of record to Federated in the above-captioned action;

2.  All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

Semha Alwaya SBN 141999
LAW OFFICES OF SEMHA ALWAYA
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: 510-595-7900
Facsimile: 510-595-9049
salwaya@alwayalaw.com

**ASSOCIATION CONSENTED TO BY:**

Dated: 4/23, 2008        By: /s/ by telephone approval
                             Semha Alwaya (SBN 141999)
                             LAW OFFICES OF SEMHA ALWAYA
                             2200 Powell Street, Suite 110
                             Emeryville, California 94608
                             Telephone:  510-595-7900
                             Facsimile:  510-595-9049
                             Email:      salwaya@alwayalaw.com

**ASSOCIATION ACCEPTED BY:**

Dated: 4/23, 2008        By: _____
                             Laura L. Hanson
                             Jeffrey M. Thompson (SBN 141395)
                             Jenny L. Sautter (SBN 192317)
                             MEAGHER & GEER P.L.L.P.
                             33 South Sixth Street, 44th Floor
                             Minneapolis, Minnesota 55402
                             Telephone:  (612) 338-0661
                             Facsimile:  (612) 338-8384
                             Email:      lhanson@meagher.com
                                         jsautter@meagher.com

2

STIPULATION OF ASSOCIATION OF
COUNSEL AND
[PROPOSED] ORDER THEREON

Case No.: C-07-3459

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. Good cause exists for the association of counsel of Law Offices of Semha Alwaya in the above-captioned action;

2. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

Semha Alwaya SBN 141999
LAW OFFICES OF SEMHA ALWAYA
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: 510-595-7900
Facsimile: 510-595-9049
salwaya@alwayalaw.com

Dated: _____, 2008     By _____
The Hon. Bernard Zimmerman
Magistrate Judge, Northern District
of California

\1559122

---

STIPULATION OF ASSOCIATION OF
COUNSEL AND
[PROPOSED] ORDER THEREON

3

Case No.: C-07-3459