```
 1  Laura J. Hanson
    Jeffrey M. Thompson (SBN 141395)
 2  Jenny L. Sautter (SBN 192317)
    MEAGHER & GEER P.L.L.P.
 3  33 South Sixth Street, 44th Floor
    Minneapolis, Minnesota 55402
 4  Telephone:   (612) 338-0661
    Facsimile:   (612) 338-8384
 5  lhanson@meagher.com
    jsautter@meagher.com
 6
 7  Attorneys for Defendant,
    FEDERATED MUTUAL INSURANCE COMPANY
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.,<br><br>        Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>        Defendant. | CASE NO.: C-07-3459 BZ<br><br>**STIPULATION OF ASSOCIATION OF COUNSEL AND [PROPOSED] ORDER THEREON** |

**WHEREAS** Meagher & Geer P.L.L.P. ("Meagher & Geer") is counsel of record for Defendant Federated Mutual Insurance Company ("Federated") in the above-captioned action; and

**WHEREAS** Federated has requested that Law Offices of Semha Alwaya associate in this case as counsel of record; and

**WHEREAS** Law Offices of Semha Alwaya and Meagher & Geer consents to the association of Law Offices of Semha Alwaya; and

**WHEREAS** it is not expected that this substitution of counsel will cause any delay or prejudice;

1

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. Good cause exists for the association of Law Offices Of Semha Alwaya as counsel of record to Federated in the above-captioned action;

2. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

Semha Alwaya SBN 141999
LAW OFFICES OF SEMHA ALWAYA
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: 510-595-7900
Facsimile: 510-595-9049
salwaya@alwayalaw.com

**ASSOCIATION CONSENTED TO BY:**

Dated: 4/23, 2008        By: /s/ by telephone approval
                              Semha Alwaya (SBN 141999)
                              LAW OFFICES OF SEMHA ALWAYA
                              2200 Powell Street, Suite 110
                              Emeryville, California 94608
                              Telephone:  510-595-7900
                              Facsimile:  510-595-9049
                              Email:      salwaya@alwayalaw.com

**ASSOCIATION ACCEPTED BY:**

Dated: 4/23, 2008        By: _____
                              Laura L. Hanson
                              Jeffrey M. Thompson (SBN 141395)
                              Jenny L. Sautter (SBN 192317)
                              MEAGHER & GEER P.L.L.P.
                              33 South Sixth Street, 44th Floor
                              Minneapolis, Minnesota 55402
                              Telephone:  (612) 338-0661
                              Facsimile:  (612) 338-8384
                              Email:      lhanson@meagher.com
                                          jsautter@meagher.com

2

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Good cause exists for the association of counsel of Law Offices of Semha Alwaya in the above-captioned action;

2. All notices given or required to be given in the above-captioned action and all papers served or required to be served in the above-captioned action with respect to Federated should be given to and served upon:

Semha Alwaya SBN 141999
LAW OFFICES OF SEMHA ALWAYA
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: 510-595-7900
Facsimile: 510-595-9049
salwaya@alwayalaw.com

Dated: _____, 2008       By _____
                                    The Hon. Bernard Zimmerman
                                    Magistrate Judge, Northern District
                                    of California

\1559122



4/23/2008
**Counsel shall clarify whether this is a substitution or association.**