Total Time (Hrs): **1.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

**CIVIL MINUTE ORDER**

**DATE:** April 23, 2008
**TITLE:** Travelers -v- Federate Mutual                      **CASE #:** C-07-3459 BZ

**APPEARANCES:**

**FOR PLAINTIFF:**                                             **FOR DEFENDANT:**

**Ramiro Morales**                                             **Semha Alwaya**

**Deputy Clerk:** Brenda Tolbert                               **FTR:** 4:10 - 4:15

**PROCEEDINGS:**

 ____ Case Management
 ____ Further Case Management
 ____ Status Conference
 ____ Pretrial Conference
  X   Further Settlement Conference (Length: 6.5 Hr/s.)
 ____ Evidentiary Hearing
 ____ Examination of Judgment Debtor
 ____ Motions
 ____ Other:

**ORDER/RESULTS:**

Settlement Conference Held.  CASE SETTLED.

**Case Continued To:** _____  **For:** _____
**Case Referred To:** _____   **For:** _____

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: