UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELER'S PROPERTY CASUALTY CO., et al.,<br><br>       Plaintiff(s),<br><br>   v.<br><br>FEDERATED MUTUAL INSURANCE CO., et al.,<br><br>       Defendant(s). | No. C07-3459 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: April 24, 2008

                              */s/ Bernard Zimmerman*
                              Bernard Zimmerman
                      United States Magistrate Judge

G:\BZALL\-BZCASES\Travelers v. Federated\COND.DISMISSAL.ORD.wpd