RAMIRO MORALES, #167947
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Ste 310
Pleasant Hill, California 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856
rmorales@mfrlegal.com

Attorneys for Plaintiffs
TRAVELERS PROPERTY CAS. CO., ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-03459-BZ<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO THE CALENDAR |

**WHEREAS** the Court entered Conditional Order of Dismissal on April 24, 2008 dismissing the action with prejudice on the grounds that the parties have agreed to a settlement, provided that any party may, within 60 days of the date of the order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated; and

**WHEREAS** the settlement agreement between the parties hereto is currently being reviewed and revised by the parties;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through

/ / /

/ / /

/ / /

/ / /

their respective counsel, that the parties may, before August 22, 2008, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

DATED:  June 20, 2008                MORALES FIERRO & REEVES

By: /s/ Ramiro Morales
Ramiro Morales
Attorneys for Plaintiffs
TRAVELERS PROPERTY CAS. CO., ET AL.

DATED:  June 20, 2008                MEAGHER & GEER P.L.L.P.

By: /s/ Laura J. Hanson
Laura J. Hanson
Jenny L. Sautter
Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

ATTESTATION RE CONFORMED SIGNATURE

Pursuant to General Order No. 45, I hereby attest that concurrence in the filing of the document has been obtained from Ms. Laura J. Hanson on June 20, 2008 at 12:58 p.m., which shall serve in lieu of her signature on this document.

DATED:  June 20, 2008                MORALES FIERRO & REEVES

By: /s/ Ramiro Morales
Ramiro Morales
Attorneys for Plaintiffs
TRAVELERS PROPERTY CAS. CO., ET AL.

ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO CALENDAR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: June  26 , 2008

_____
Bernard Zimmerman
United States Magistrate Judge

S:\Docs\tr2610\STP080620.th.doc

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2     STIPULATION AND [PROPOSED] ORDER
Case No.: 3:07-cv-03459-BZ