RAMIRO MORALES, #167947
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Ste 310
Pleasant Hill, California 94523
Telephone: (925) 288-1776
Facsimile:  (925) 288-1856
rmorales@mfrlegal.com

Attorneys for Plaintiffs
TRAVELERS PROPERTY CAS. CO., ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.,<br><br>        Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>        Defendant. | CASE NO.: 3:07-cv-03459-BZ<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO THE CALENDAR |

**WHEREAS** the Court entered Conditional Order of Dismissal on April 24, 2008 dismissing the action with prejudice on the grounds that the parties have agreed to a settlement, provided that any party may, within 60 days of the date of the order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated;

**WHEREAS** pursuant to the parties' stipulation, the Court entered order on June 26, 2008 that the parties may, before August 22, 2008, move the Court to restore this matter to the calendar; and

**WHEREAS** the settlement agreement between the parties has been finalized and settlement payments are pending receipt of final defense invoices and issuance of indemnity payment in the underlying action;

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that the parties may, before October 22, 2008, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

DATED: August 8, 2008              MORALES FIERRO & REEVES

By: /s/ Ramiro Morales
Ramiro Morales
Attorneys for Plaintiffs
TRAVELERS PROPERTY CAS. CO., ET AL.

DATED: August 8, 2008              MEAGHER & GEER P.L.L.P.

By: /s/ Laura J. Hanson
Laura J. Hanson
Jenny L. Sautter
Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

ATTESTATION RE CONFORMED SIGNATURE

Pursuant to General Order No. 45, I hereby attest that concurrence in the filing of the document has been obtained from Ms. Laura J. Hanson on August 8, 2008 at 5:36 p.m., which shall serve in lieu of her signature on this document.

DATED: August 8, 2008              MORALES FIERRO & REEVES

By: /s/ Ramiro Morales
Ramiro Morales
Attorneys for Plaintiffs
TRAVELERS PROPERTY CAS. CO., ET AL.

**ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO CALENDAR**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August ____, 2008            _____
                                   Bernard Zimmerman
                                   United States Magistrate Judge

S:\Docs\tr2610\STP080807.th.doc

*Travelers Property Casualty Company, et al. v. Federated Mutual Insurance Company*
U.S. District Court, Northern District of California
Case No. C-07-3459 BZ

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

     I am employed by the Law Offices of Morales, Fierro & Reeves located at 2300 Contra Costa Blvd., Suite 310, Pleasant Hill, CA 94523. I am over the age of eighteen years and not a party to the within action.

     On August 8, 2008, I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO THE CALENDAR**

on the interested party(ies) in this action as follows:

Federated Mutual Insurance Company
c/o Laura J. Hanson, Esq.
   Jenny L. Sautter, Esq.
Meagher & Geer P.L.L.P
33 South Sixth Street, 44th Floor
Minneapolis, Minnesota 55402

Service was effectuated in the following manner:

■    BY U.S. MAIL: By placing the document(s) listed above in a sealed envelope(s) addressed to the parties listed below or on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Pleasant Hill, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on August 8, 2008, at Pleasant Hill, California.

_____
Marianne Fogle

PROOF OF SERVICE