RAMIRO MORALES, #167947
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Ste 310
Pleasant Hill, California 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856
rmorales@mfrlegal.com

Attorneys for Plaintiffs
TRAVELERS PROPERTY CAS. CO., ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-03459-BZ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO THE CALENDAR |

**WHEREAS** the Court entered Conditional Order of Dismissal on April 24, 2008 dismissing the action with prejudice on the grounds that the parties have agreed to a settlement, provided that any party may, within 60 days of the date of the order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated;

**WHEREAS** pursuant to the parties' stipulation, the Court entered order on June 26, 2008 that the parties may, before August 22, 2008, move the Court to restore this matter to the calendar; and

**WHEREAS** the settlement agreement between the parties has been finalized and settlement payments are pending receipt of final defense invoices and issuance of indemnity payment in the underlying action;

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that the parties may, before October 22, 2008, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

DATED:  August 8, 2008                MORALES FIERRO & REEVES

                                      By: /s/ Ramiro Morales
                                      Ramiro Morales
                                      Attorneys for Plaintiffs
                                      TRAVELERS PROPERTY CAS. CO., ET AL.

DATED:  August 8, 2008                MEAGHER & GEER P.L.L.P.

                                      By: /s/ Laura J. Hanson
                                      Laura J. Hanson
                                      Jenny L. Sautter
                                      Attorneys for Defendant
                                      FEDERATED MUTUAL INSURANCE COMPANY

ATTESTATION RE CONFORMED SIGNATURE

Pursuant to General Order No. 45, I hereby attest that concurrence in the filing of the document has been obtained from Ms. Laura J. Hanson on August 8, 2008 at 5:36 p.m., which shall serve in lieu of her signature on this document.

DATED:  August 8, 2008                MORALES FIERRO & REEVES

                                      By: /s/ Ramiro Morales
                                      Ramiro Morales
                                      Attorneys for Plaintiffs
                                      TRAVELERS PROPERTY CAS. CO., ET AL.

**ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO CALENDAR**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August _ 8 _, 2008                _____
                                        Bernard Zimmerman
                                        United States Magistrate Judge

S:\Docs\tr2610\STP080807.th.doc