1  RAMIRO MORALES, # 167947
   MORALES FIERRO & REEVES
2  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, CA  94523
3  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
4  rmorales@mfrlegal.com

5  Attorneys for Plaintiffs
   TRAVELERS PROPERTY CASUALTY
6  COMPANY, ET AL.

7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY, et al.<br><br>          Plaintiffs,<br><br>     vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation<br><br>          Defendant. | CASE NO.:  3:07-cv-03459-BZ<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO THE CALENDAR** |

   **WHEREAS** the Court entered Conditional Order of Dismissal on April 24, 2008 dismissing the action with prejudice on the grounds that the parties have agreed to a settlement, provided that any party may, within 60 days of the date of the order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated;

   **WHEREAS** pursuant to the parties' stipulation, the Court entered order on August 8, 2008 that the parties may, before October 22, 2008, move the Court to restore this matter to the calendar; and

   **WHEREAS** the settlement agreement between the parties has been finalized, three settlement payments have been issued, and one last settlement payment is pending receipt of final defense invoices in the underlying action;

/ / /

/ / /

---

1

STIPULATION AND [PROPOSED] ORDER                                                              Case No. 3:07-cv-03459-BZ

1    **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**,

2    through their respective counsel, that the parties may, before December 22, 2008, move the Court to

3    restore this matter to the calendar on the grounds that the settlement has not been consummated.

4    DATED:  October 8, 2008                MORALES FIERRO & REEVES

6                                           By: /s/ Ramiro Morales
                                            Ramiro Morales
7                                           Attorneys for Plaintiffs
                                            TRAVELERS PROPERTY CAS. CO., ET AL.
8

9    DATED:  October 8, 2008                MEAGHER & GEER P.L.L.P.

11                                          By: /s/ Laura J. Hanson
                                            Laura J. Hanson
12                                          Jenny L. Sautter
                                            Attorneys for Defendant
13                                          FEDERATED MUTUAL INSURANCE COMPANY

14   **ATTESTATION RE CONFORMED SIGNATURE**

15   Pursuant to General Order No. 45, I hereby attest that concurrence in the filing of the

16   document has been obtained from Ms. Laura J. Hanson on October 8, 2008 at 11:38 a.m., which

17   shall serve in lieu of her signature on this document.

18   DATED:  October 8, 2008                MORALES FIERRO & REEVES

20                                          By: /s/ Ramiro Morales
                                            Ramiro Morales
21                                          Attorneys for Plaintiffs
                                            TRAVELERS PROPERTY CAS. CO., ET AL.
22

23   **ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO CALENDAR**

24   PURSUANT TO STIPULATION, IT IS SO ORDERED.

26   Date: October  10 , 2008                _____
                                             Bernard Zimmerman
27                                           United States Magistrate Judge

28

2

STIPULATION AND [PROPOSED] ORDER                                    Case No. 3:07-cv-03459-BZ