1  RAMIRO MORALES, # 167947
   MORALES FIERRO & REEVES
2  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, CA  94523
3  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
4  rmorales@mfrlegal.com

5  Attorneys for Plaintiffs
   TRAVELERS PROPERTY CASUALTY
6  COMPANY, ET AL.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 TRAVELERS PROPERTY CASUALTY        )   CASE NO.:  3:07-cv-03459-BZ
   COMPANY, et al.                    )
11                                    )
                   Plaintiffs,        )   **STIPULATION AND [PROPOSED]**
12                                    )   **ORDER RE EXTENDING TIME TO**
        vs.                           )   **MOVE THE COURT TO RESTORE**
13                                    )   **THIS MATTER TO THE CALENDAR**
   FEDERATED MUTUAL INSURANCE         )
14 COMPANY, a Minnesota Corporation.  )
                                      )
15                 Defendant.         )
                                      )
16 _____)

17     **WHEREAS** the Court entered Conditional Order of Dismissal on April 24, 2008 dismissing

18 the action with prejudice on the grounds that the parties have agreed to a settlement, provided that

19 any party may, within 60 days of the date of the order, move the Court to restore this matter to the

20 calendar on the grounds that the settlement has not been consummated;

21     **WHEREAS** pursuant to the parties' stipulation, the Court entered order on October 10,

22 2008 that the parties may, before December 22, 2008, move the Court to restore this matter to the

23 calendar; and

24     **WHEREAS** the settlement agreement between the parties has been finalized, three

25 settlement payments have been issued, and one last settlement payment for defense is pending

26 receipt of final defense invoices in the underlying action;

27 / / /

28 / / /

---
                                        1
STIPULATION AND [PROPOSED] ORDER                              Case No. 3:07-cv-03459-BZ

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that the parties may, before February 20, 2009, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

DATED:  December 11, 2008          MORALES FIERRO & REEVES


                                                  By: /s/ Ramiro Morales
                                                  Ramiro Morales
                                                  Attorneys for Plaintiffs
                                                  TRAVELERS PROPERTY CAS. CO., ET AL.

DATED:  December 11, 2008          MEAGHER & GEER P.L.L.P.


                                                  By: /s/ Laura J. Hanson
                                                  Laura J. Hanson
                                                  Attorneys for Defendant
                                                  FEDERATED MUTUAL INSURANCE COMPANY


**ATTESTATION RE CONFORMED SIGNATURE**

Pursuant to General Order No. 45, I hereby attest that concurrence in the filing of the document has been obtained from Ms. Laura J. Hanson on December 11, 2008 at 11:30 a.m., which shall serve in lieu of her signature on this document.

DATED:  December 11, 2008          MORALES FIERRO & REEVES


                                                  By: /s/ Ramiro Morales
                                                  Ramiro Morales
                                                  Attorneys for Plaintiffs
                                                  TRAVELERS PROPERTY CAS. CO., ET AL.

**ORDER RE EXTENDING TIME TO MOVE THE COURT TO RESTORE THIS MATTER TO CALENDAR**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: December _12_, 2008          _____
                                                  Bernard Zimmerman
                                                  United States Magistrate Judge