UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY )
COMPANY, et al.,              )
                             )            No.  C07-3459 BZ
          Plaintiff(s),      )
                             )
     v.                      )            **ORDER DISMISSING CASE**
                             )
FEDERATED MUTUAL INSURANCE   )
CO., a Minnesota Corp.,      )
                             )
          Defendant(s).      )
_____)

     Pursuant to the stipulation of the parties dated December 11, 2008 and the Court's Order thereon, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice.  The clerk shall close the file.

Dated: March 10, 2009

_____
     Bernard Zimmerman
United States Magistrate Judge


G:\BZALL\-BZCASES\TRAVELERS V. FEDERATED\ORDER DISMISSING CASE.wpd

1